**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATT A. FERRANDO, | No. CIV S-08-2470-FCD-CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____ / | |

      Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

      On November 23, 2009, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. No objections to the findings and recommendations have been filed.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 23, 2009, are adopted in full;

2. Plaintiff's motion to remand (Doc. 21) is denied;

3. Defendant's motion to strike (Doc. 25) is denied; and

4. Plaintiff is directed to file a motion for summary judgment within 20 days.

DATED: December 8, 2009.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE