BENJAMIN B. WAGNER CSBN 163581
United States Attorney
DONNA L. CALVERT SBN IL 619786
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH BARRY CSBN 203314
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8972
    Facsimile:  (415) 744-0134
    E-Mail: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**SACRAMENTO DIVISION**

| | | |
|---|---|---|
| MATT A. FERRANDO, | ) | Case No. 2:08-CV-02470-GEB-CMK |
|     Plaintiff, | ) | |
| v. | ) | STIPULATION FOR WITHDRAWAL OF |
| | ) | PLAINTIFF'S MOTION IN AID OF |
| CAROLYN W. COLVIN, Acting | ) | EXECUTION OF JUDGMENT AND FOR |
| Commissioner of Social Security,[1] | ) | SANCTIONS BY MATT A. FERRANDO |
|     Defendant. | ) | |
| | ) | |

        In conjunction with this Court's March 14, 2013 order, Plaintiff received payment

pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) and Taxation of Costs,

28 U.S.C. § 1920. Accordingly, Plaintiff's motion is withdrawn and the hearing scheduled for

Wednesday, July 10, 2013 at 10 a.m. is requested to be taken off calendar.

---

        [1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February

14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin

should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need

be taken to continue this suit by reason of the last sentence of section 205(g) of the Social

Security Act, 42 U.S.C. § 405(g).

1

2

3

Respectfully submitted,

Date: July 9, 2013

BENJAMIN B. WAGNER
United States Attorney

4

By *s/ Elizabeth Barry*

5

6

ELIZABETH BARRY
Special Assistant U. S. Attorney
Attorneys for Defendant

7

8

9

Date: July 9, 2013

*/s/ Robert C. Weems*
(as authorized via e-mail)
ROBERT C. WEEMS
Attorney for Plaintiff

10

11

12

ORDER

13

APPROVED AND SO ORDERED:

14

DATED: July 9, 2013

15

16

17

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

2